IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARIE ANDERSON, et al.,      )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )      2:00cv1457-MHT
                             )          (WO)
H&R BLOCK, INC., et. al.     )
                             )
    Defendants.              )
```

**JUDGMENT**

This matter is before the court on the parties' joint stipulation of dismissal. (Doc. No. 45). The Court, having considered the joint stipulation, finds that dismissal is warranted.

Accordingly, it is ORDERED, ADJUDGED and DECREED that all counts and claims of the complaint are dismissed with prejudice as to the plaintiffs listed on Exhibit A, and

**The clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 21st day of November, 2007.**

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

Franklin, Lillie
Lawrence, Willie
Starks, Ernestine
Thomas, Charles
Person, Betty
Peterson, Diane
Franklin, Diane
Jernigan, Shirley
Thomas, Albert
Jackson, Caldonia
David, Annie
DeLoach, April
Screws, William
Darby, Audrey
Coleman, Patricia
Williams, Kenneth
Bratfort, Alvester
Stokes, Gerald
Nelson, Evelyn

## EXHIBIT B

**Anderson, Marie**
**Brutley, Walter**
**Cope, Talaya**
**Lewis, Willie**
**Mitchell, Mamie**
**Rogers, Gwen**
**Young, Earlene**